1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEE COLE,<br><br>                    Petitioner,<br><br>          v.<br><br>W.J. SULLIVAN,<br><br>                    Respondent. | Case No. 2:19-cv-10558-JVS-JC<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus and Supplements thereto (collectively, "Petition"), all documents submitted by the parties in connection with the Motion to Vacate the Magistrate Judge's January 3, 2020 Order ("Motion to Vacate"), and all of the records herein, including the July 7, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Motion to Vacate is granted; (2) the Petition and this action are dismissed without prejudice; and (3) the Clerk shall (a) enter Judgment accordingly; and (b) refer the Petition to the Ninth Circuit pursuant to Ninth Circuit Rule 22-3(a).

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2  the Judgment herein on petitioner and on respondent's counsel.

3    IT IS SO ORDERED.

4  DATED: August 19, 2020

5

6  _____

7  HONORABLE JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28