UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEE COLE, <br>                Petitioner, <br>     v. <br> W.J. SULLIVAN, <br>                Respondent. | Case No. 2:19-cv-10558-JVS-JC <br><br> JUDGMENT |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus, including the Supplements thereto, and this action are dismissed without prejudice.

    IT IS SO ADJUDGED.

DATED: August 19, 2020

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE